| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | STEWART M. YOUNG |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 234889 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6228 |
| | E-mail: stewart.young@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

FILED
08 APR 14 PM 3:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | Case No., 08 CV 0675 JLS AJB |
| 11 | Plaintiff, | |
| 12 | v. | NOTICE OF LIS PENDENS |
| 13 | ONE RESIDENTIAL PROPERTY | |
| 14 | LOCATED AT 818 ORA AVO, VISTA, CALIFORNIA, | |
| 15 | AND ALL IMPROVEMENTS AND APPURTENANCES | |
| 16 | AFFIXED THERETO, | |
| 17 | Defendant. | |

**OWNER OF RECORD: THOMAS V. SWIFT**

PLEASE TAKE NOTICE that a civil lawsuit is now pending in the United States District Court for the Southern District of California which involves title to One Residential Property Located at 818 Ora Avo, Vista, California, and All Improvements and Appurtenances Affixed Thereto. The defendant property is more particularly described as:

**ASSESSORS PARCEL NO. 181-231-26-00**

THAT PORTION OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 27, TOWNSHIP 11 SOUTH, RANGE 3 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER; THENCE NORTH 3* 18' 10" WEST ALONG THE WESTERLY LINE OF SAID

**SECTION 27, A DISTANCE OF 220 FEET TO THE TRUE POINT OF BEGINNING THENCE CONTINUING ALONG SAID LINE, NORTH 3\* 18' 00" WEST 95 FEET; THENCE LEAVING SAID LINE, NORTH 88\* 42' WEST 260 FEET THE TRUE POINT OF BEGINNING.**

The general object of the lawsuit is to forfeit to the United States the defendant property in that said property had been used, was being used, or was intended to be used to facilitate drug trafficking in violation of Title 21, United States Code, Section 881(a)(7); said forfeiture proceeding pending in the United States District Court for the Southern District of California.

The owner of record of the above-described property is Damien A. Andrews.

BE ADVISED THAT upon the entry of an Order of Forfeiture in favor of the United States, all right, title and interest in said property shall vest in the United States upon commission of the act giving rise to the forfeiture.

DATED: April 14, 2008.

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 818 ORA AVO, VISTA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendant. | Case No. _____<br><br>CERTIFICATE OF SERVICE |

STATE OF CALIFORNIA )
       ss. )
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED THAT:

I, Lilian Ruiz, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, San Diego, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I caused to be mailed by United States certified mail a copy of Notice of Lis Pendens, addressed to Thomas V. Swift, 413 Silver Spur, San Marcos, California.

This is the last known address, at which place there is delivery service of certified mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008.

LILIAN RUIZ