1  KAREN P. HEWITT
   United States Attorney
2  LEAH R. BUSSELL
   Assistant U.S. Attorney
3  California State Bar No. 141400
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-6962
   E-mail: leah.bussell@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,           ) Case No. 08cv0675-JLS(AJB)
   |                                     )
11 |                       Plaintiff,    ) NOTICE OF APPEARANCE
   |                                     )
12 |              v.                     )
   |                                     )
13 | ONE RESIDENTIAL PROPERTY            )
   | LOCATED AT 818 ORA AVO DRIVE,       )
14 | VISTA, CALIFORNIA,                  )
   | AND ALL  IMPROVEMENTS               )
15 | AND APPURTENANCES                   )
   | AFFIXED THERETO,                    )
16 |                                     )
   |                       Defendant.    )
17 | _____ )

18      TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

19      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

20      I certify that I am admitted to practice in this court or authorized to practice under Civil Local

21 Rules 83.3.c.3-4.

22      The following government attorney (who is admitted to practice in this court or authorized to

23 practice under Civil Local Rules 83.3.c.3-4) is also associated with this case, should be listed as lead

24 counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity

25 in this case:

26      <u>Name</u>

27      N/A

28 //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

N/A

Please call me if you have any questions about this notice.

DATED:  April 15, 2008.

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

          <u>s/ Leah R. Bussell</u>

          LEAH R. BUSSELL
          Assistant United States Attorney
          Attorneys for Plaintiff
          United States of America
          Email: leah.bussell@usdoj.gov