KAREN P. HEWITT
United States Attorney
LEAH R. BUSSELL
Assistant U.S. Attorney
California State Bar No. 141400
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6962
E-mail: leah.bussell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 818 ORA AVO DRIVE, VISTA, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>                Defendant. | Civil No. 08cv0675-JAH(LSP)<br><br>DECLARATION OF AND REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO ALL POTENTIAL CLAIMANTS |

      I, Leah R. Bussell, Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

      On April 14, 2008, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above defendant. On June 27, 2008, the Complaint was posted on the front door of the residence by a duly authorized United States Marshal.

      On June 11, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimants at their addresses of record:

//

| Name and Address | Article No. | Result |
| --- | --- | --- |
| Thomas V. Swift<br>413 Silver Spur Way<br>San Marcos CA 92069-1322 | 7004 2510 0003 3017 4243 | Signed for as received on 6/12/08. |
| Eugene G. Iredale, Esq.<br>105 West F Street, 4th Floor<br>San Diego CA 92101 | 7004 2510 0003 3017 4236 | Signed for as received on 6/12/08. |
| Ownit Mortgage Solutions, Inc.<br>21800 Burbank Blvd., Suite 200<br>Woodland Hills CA 91367 | 7004 2510 0003 3017 4229 | Returned by the U.S. Postal Service marked "Not deliverable; unable to forward." |

On July 15, 22 and 29, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

From the time of said notice, no claim or answer has been filed regarding the above-named defendant property by anyone.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the defendant property as to any and all potential claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of September, 2008.

                                        s/ Leah R, Bussell
                                        LEAH R. BUSSELL
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff
                                        United States of America
                                        E-mail: leah.bussell@usdoj.gov