# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>                                        Plaintiff,<br><br>vs<br><br>One Residential Property<br>located at 818 Ora Avo, Vista, California, and all improvements and appurtenances affixed thereto<br>                                        Defendant, | Civil No.    08CV0675-JAH(LSP)<br><br>DEFAULT |

    It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 04/14/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

One Residential Property located at 818 Ora Avo, Vista, California, and all improvements and appurtenances affixed thereto, and as to any and all potential claimants.

**Entered On:**                                                                        W. SAMUEL HAMRICK, JR., CLERK

                                                   By:            s/J. Petersen
                                                                         , Deputy